UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

NEIL J. MCNEIL and
MARIE A. MCNEIL

CASE NO. 3:02CV635 (RNC) 12 A 11: 28

US DISTRICT COURT
HARTFORD CT

Plaintiffs

-against-

LORAINE BENNARD

Defendant.

NOVEMBER 11, 2003

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 12/18/01 | 1 | COMPLAINT | 1 |
| 3/5/02 | 4 | ANSWER | 2 |
| 4/5/02 | 6 | ORDER transferring case to District of Connecticut | 3 |
| 5/23/02 | 7 | APPEARANCE of attorney for Loraine Bennard | 4 |
| 7/12/02 | 8 | NOTICE to counsel regarding 26 (f) | 5 |
| 7/17/02 | 9 | MOTION by Loraine Bennard for Glen Jacobson to withdraw as attorney | 6 |
| 7/19/02 | -- | ENDORSEMENT granting motion To Withdraw | 7 |

| Date | No. | Description | Page |
|---|---|---|---|
| 7/29/02 | 10 | REPORT of parties planning meeting | 8 |
| 8/7/02 | 11 | ORDER | 9 |
| 8/26/02 | 12 | APPEARANCE Of Attorney Neil Mc Neil and Marie Mc Neil | 10 |
| 9/3/02 | 13 | MOTION By Neil Mc Neil and Marie Mc Neil for Jeffrey Falk to appear Pro Hac Vice | 11 |
| 9/3/02 | -- | ENDORSEMENT motion for Jeffrey Falk to appear Pro Hac Vice | 12 |
| 9/16/02 | 14 | APPEARANCE of attorney for Neil Mc. Neil, Marie Mc Neil | 13 |
| 10/4/02 | 15 | REVISED REPORT OF PARTIES PLANNING MEETING | 14 |
| 10/7/02 | 16 | ORDER regarding case management | 15 |
| 10/21/02 | 17 | MOTION Lorraine Bennard for Summary Judgment | 16 |
| 10/21/02 | 18 | MEMORANDUM of Lorain Bennard in support of motion for Summary Judgment | 17 |
| 10/21/02 | 19 | STATEMENT of Material Facts by Loraine Bennard regarding motion for Summary Judgment | 18 |
| 11/12/02 | 20 | MOTION by Neil Mc Neil and Marie Mc Neil to extend | 19 |

| Date | Doc # | Description | # |
|---|---|---|---|
| | | time to respond to motion for Summary Judgment | |
| 11/13/02 | -- | ENDORSEMENT granting motion to extend time for two weeks to respond to Summary Judgment motion | 20 |
| 11/25/02 | 21 | OBJECTIONS by Neil Mc Neil and Marie Mc Neil to motion for Summary Judgment | 21 |
| 11/25/02 | 22 | MEMORANDUM by Neil Mc Neil and Marie Mc Neil in opposition to motion for Summary Judgment | 22 |
| 12/3/02 | 23 | REPLY by Loraine Bennard to response to motion for Summary Judgment | 23 |
| 12/3/02 | 24 | RULING and ORDER granting motion for Summary Judgment | 24 |
| 12/4/02 | 25 | JUDGMENT for Loraine Bennard | 25 |
| 1/3/03 | 26 | NOTICE OF APPEAL of Order dismissing by Neil Mc Neil and Marie Mc Neil | 26 |