M14

NHCT
02-cv-635
Chatigny

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
-------------------------------------------------------------X

NEIL J. MCNEIL and MARIE A. MCNEIL,

FILED
APR 5  1 40 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

                                        Docket #: 03-7051
                      Plaintiffs,

  -against-                                 STIPULATION

LORAINE BENNARD,

                     Defendant.



-------------------------------------------------------------X

      The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

_____
Falk & Nebanoff, P.C.
Counsel for Appellant
392 Woodfield Road
West Hempstead, NY 11552
(516) 564-4200

_____
LYNCH, TRAUB, KEEFE & ERRANTE, P.C
Counsel for Appellee
52 Trumbull Street
P.O. Box 1612
New Haven, Connecticut 06506
(203) 787-0275

So Ordered;

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by _____
Arthur M. Heller, Motions Staff Attorney